# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| KERRY LOY and FRANK BLUMEYER, JR., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BMW OF NORTH AMERICA, LLC, et al., ) <br> ) <br> Defendants. ) | No. 4:19-CV-00184 JAR |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant BMW of North America, LLC ("BMW")'s Motion to Strike Plaintiffs' Notice of Supplemental Authority, or in the Alternative, For Leave to File A Sur-Reply in Support of its Motion to Dismiss. (Doc. No. 22). Upon consideration,

**IT IS HEREBY ORDERED** that Defendant BMW's Motion to Strike Plaintiffs' Notice of Supplemental Authority, or in the Alternative, For Leave to File A Sur-Reply in Support of its Motion to Dismiss [22] is **GRANTED** in part and **DENIED** in part. Defendant BMW's Motion to Strike is **DENIED**, but its Motion for Leave to File Surreply is **GRANTED**.

Dated this 24th day of July, 2019.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**

1